DEPARTMENT OF COMMUNITY AFFAIRS, BUREAU OF
ROOMING AND BOARDING HOUSE STANDARDS
v. VINCENT RIBES.

February 16, 1984.

Petition for certification denied.

SAL'S SEA FOOD, INC. v. FANNIE DIDONNA.

February 16, 1984.

Petition for certification denied.

GEORGE HUSS v. BOARD OF EDUCATION OF THE
RAMAPO–INDIAN HILLS REGIONAL HIGH
SCHOOL DISTRICT, BERGEN COUNTY.

February 16, 1984.

Petition for certification denied.

HENRY NICHOLAS v. SUGAR LO COMPANY AND
NEWARK INSURANCE COMPANY.

RICHARD D. BLUM v. CNA INC., & CONTINENTAL
CASUALTY COMPANY.

February 16, 1984.

Petition for certification denied.   (See 192 *N.J.Super.* 444)